IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                       CASE NO.   1:02-CR-29-MMP/AK

RAYMOND REED, JR.,
and
SHELIA GILLINS,
    Defendants(s).
_____/

**O R D E R**

       This cause came before the Court for an initial appearance on a petition filed by the United States Probation Office charging the Defendants Raymond Reed and Shelia Gillins with violating the terms of their pre trial release and failure to appear for sentencing. Notice was given that Sentencing in this cause is set for February 21, 2007, at 10:00 a.m. for Defendant, Raymond Reed, and at 10:30 a.m. for Defendant, Shelia Gillins, before the Honorable Maurice M. Paul.

       Defense counsel, Tom Miller and Caridad Gonzalez, joined in a ore tenus motion asking the Court enter an order directing the United States Probation Office to provide newly appointed counsel with a copy of the Pre Sentence Report. The government had no objection to this request.

       According, it is **ORDERED:**

That the ore tenus motion for the United States Probation Office to provide Counsels' Tom Miller and Caridad Gonzalez, with a copy of the Pre Sentence Report is

**GRANTED.**

       **DONE AND ORDERED** this **14th** day of December, 2006.


                                                **s/.  A. KORNBLUM**
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**