IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 1:02-cr-00029-MP-AK
                                                         1:06-cr-00041-MP-AK

RAYMOND REED, JR.,
SHEILA GILLINS,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on an in-court conference held on Tuesday, April 10, 2007, for determination of counsel as to Defendants Raymond Reed and Sheila Gillins. At a change of plea hearing for case number 1:06-cr-00041 held on Thursday, April 5, 2007, each Defendant dismissed their appointed counsel in both cases, stating that they intended to hire new counsel. During the determination of counsel hearing, Defendant Reed stated that he was still in the process of hiring a lawyer, that he was not ready to proceed to trial, and requested a continuance of his trial, expressly waiving any speedy trial objection. The Government does not object to the continuance. This request is granted, trial is continued to Tuesday, June 12, 2007, at 12:30 p.m., and an in-court conference for determination of counsel is scheduled for Friday, May 4, 2007, at 9:30 a.m.

Also at the conference, Defendant Gillins stated that she has not yet hired a lawyer, and because she is unprepared for trial, Defendant Gillins also requested a continuance of her trial. Defendant waives her right to a speedy trial, and the Government does not object to the continuance. This request is granted, Defendant Gillins' trial is continued to Tuesday, June 12,

2007, at 12:30 p.m., and an in-court conference for determination of counsel is scheduled for Friday, May 4, 2007, at 9:30 a.m.

Additionally, in case number 1:02-cr-00029, both Defendants have entered pleas of guilty. Therefore, Defendant Reed's sentencing date is scheduled for Wednesday, June 20, 2007, at 1:30 p.m., and Defendant Gillins' sentencing date is scheduled for Wednesday, June 20, 2007, at 2:00 p.m. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant Raymond Reed's trial in case number 1:06-cr-00041 is continued to Tuesday, June 12, 2007, at 12:30 p.m., and an in-court conference for determination of counsel is scheduled for Friday, May 4, 2007, at 9:30 a.m.

2. Defendant Sheila Gillins' trial in case number 1:06-cr-00041 is continued to Tuesday, June 12, 2007, at 12:30 p.m., and an in-court conference for determination of counsel is scheduled for Friday, May 4, 2007, at 9:30 a.m.

3. Defendant Raymond Reed's sentencing date in case number 1:02-cr-00029 is set for Wednesday, June 20, 2007, at 1:30 p.m.

4. Defendant Sheila Gillins' sentencing date in case number 1:02-cr-00029 is set for Wednesday, June 20, 2007, at 2:00 p.m.

**DONE AND ORDERED** this _10th_ day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge