IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 1:02-cr-00029-MP-AK

RAYMOND REED, JR.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 92, Motion to Withdraw Plea of Guilty, filed by Defendant Raymond Reed, Jr. The Government has filed a Response in Opposition, Doc. 95. A hearing on Defendant's motion was held on Thursday, April 26, 2007. At the hearing, Defendant, proceeding *pro se*, stated that he had not yet retained counsel, but that his family was raising money to hire an attorney. Although Defendant was not sure when he would be able to hire an attorney, he requested that his pending motion be heard when he had the advice and assistance of a retained attorney. Currently, a determination of counsel hearing is scheduled for Friday, May 4, 2007. Therefore, the hearing on Defendant's Motion to Withdraw Plea of Guilty, Doc. 92, is hereby continued to Friday, May 4, 2007, at 9:30 a.m.

    **DONE AND ORDERED** this  *26th* day of April, 2007

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge