IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00029-MP-AK
    1:06-cr-00041-MP-AK

RAYMOND REED, JR.,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on an in-court hearing held on Wednesday, May 16, 2007, for determination of counsel as to Defendant Raymond Reed. At the hearing, Defendant Reed stated that he still had not hired a lawyer, and that he was not ready to proceed to trial or to represent himself. Although Defendant stated that his entire family was attempting to raise money to hire an attorney for him, Defendant named only one family member that he has spoken with about this issue–his godsister Adama Harding. In order for the Court to determine the status and likelihood of Defendant retaining counsel, Defendant is ordered to file with the Court, no later than Monday, May 21, 2007, the full name, address, and telephone number of Adama Harding. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    Defendant shall file the full name, address, and telephone number of Adama Harding no later than Monday, May 21, 2007.

    **DONE AND ORDERED** this  *16th* day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge