IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                 CASE NO. 1:02-cr-00029-MP
                                                   CASE NO. 1:06-cr-00041-MP

SHEILA GILLINS,
RAYMOND REED, JR.,

      Defendants.
_____/

**O R D E R**

This matter is before the Court on Docs. 88, 89, and 92, filed by Defendant Raymond Reed, Jr., and Doc. 91, filed by Defendant Sheila Gillins. These motions were filed by the Defendants prior to the appointment of counsel. Now that both Defendants are represented by counsel, the Court finds that the above-referenced motions are moot. Therefore, the pending motions are denied without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Docs. 88, 89, 91, and 92 are denied without prejudice.

**DONE AND ORDERED** this   *11th* day of July, 2007

                                 *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge