IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:  REFERRAL OF CIVIL AND CRIMINAL         Misc. No.: 4:95mc40111

CASES TO MAGISTRATE JUDGE
GARY R. JONES

_____

ADMINISTRATIVE ORDER

Gary R. Jones was appointed as a United State Magistrate Judge in the Northern District of Florida, Gainesville Division, effective September 13, 2010. With this appointment, the court's administrative order entered on March 10, 2010, document #121, is hereby rescinded and the Clerk is directed to reassign to Magistrate Judge Gary R. Jones all pending cases assigned to Magistrate Judge Allan Kornblum.

The Court's order Re: Referral of Civil and Criminal Cases to Magistrate Judges, dated September 30, 2008, document #112, will remain in effect with Magistrate Judge Jones' name replacing Magistrate Judge Kornblum in the case assignment decks.

SO ORDERED this 10th day of September, 2010.

                                        Stephan P. Mickle
                                        Chief United States District Judge